IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:12-CV-1352-ODE |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| UNITED STATES et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FEDERAL DEFENDANTS' MOTION TO DISMISS**

*Pro se* Plaintiff, Jacqueline Stevens, filed this action on April 18, 2012. Plaintiff brings this action against the following nine Federal Defendants: United States Attorney General Eric H. Holder, Jr., Director of Executive Office of Immigration Review (EOIR) Juan Osuna; Assistant Director for the Office of Management Programs of the EOIR Fran Mooney; Assistant Chief Immigration Judges of the EOIR MaryBeth Keller and Gary Smith; Immigration Judge of the EOIR William Cassidy; Court Administrator Cynthia Long; Regional District

1

Supervisor for Federal Protective Services Darren Summers; and Inspector Doe (collectively, "Federal Defendants").

As set forth in the attached memorandum of law, Plaintiff's Complaint should be dismissed against all Federal Defendants in its entirety because Plaintiff's Complaint fails to state a claim upon which relief can be granted. Her individual capacity claims against Judge Cassidy are barred by the doctrine of absolute judicial immunity because they are based upon actions he took in his judicial capacity while performing his duties as a United States Immigration Judge. Plaintiff's official capacity claims seeking injunctive relief should be dismissed because Plaintiff lacks standing and cannot demonstrate the necessary prerequisites for this type of extraordinary relief.  To the extent Plaintiff has alleged tort claims against the Federal Defendants, those are claims against the United States and are barred based upon Plaintiff's failure to exhaust mandatory administrative remedies. Additionally, Plaintiff's claims fail because the facts alleged do not state a claim for a First, Fourth, or Fifth Amendment violation. Consequently, all of the claims against the Federal Defendants should be dismissed with prejudice.

Respectfully submitted this 26th day of July, 2012

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

s/ Aileen Bell Hughes
AILEEN BELL HUGHES
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30335
404/581-6133
Georgia Bar No. 375505


STUART F. DELERY

Acting Assistant Attorney General


DAVID J. KLINE

Director, District Court Section

Office of Immigration Litigation

VICTOR M. LAWRENCE
Assistant Director

CHRISTOPHER W. HOLLIS, ILBN 6283101
Trial Attorney
Office of Immigration Litigation
District Court Section
United States Department of Justice

P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 305-0899; Fax: 616-8962

## **CERTIFICATE OF COMPLIANCE**

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

      /s/ Aileen Bell Hughes
AILEEN BELL HUGHES
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

I certify that I have this day served the enclosed **FEDERAL DEFENDANTS' MOTION TO DISMISS,** by depositing a copy thereof, postage prepaid, in the United States Mail addressed as follows:

>Jacqueline Stevens
>Political Science Department
>Northwestern University
>601 University Place
>Evanston, IL 60208

This 26th day of July, 2012

  s/ Aileen Bell Hughes
AILEEN BELL HUGHES
ASSISTANT UNITED STATES ATTORNEY