FILED IN CHAMBERS
U.S.D.C. - Atlanta

OCT 3 0 2012

James N. Hatten, Clerk
By: AmCa_____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| ERIC HOLDER, Attorney General of ) | CIVIL ACTION FILE |
| the United States; JUAN OSUNA, ) | NO. 1:12-CV-1352-ODE |
| Director, Executive Office of ) | |
| Immigration Review; FRAN MOONEY, ) | |
| Assistant Director for the Office of ) | |
| Management Programs, Executive Office ) | |
| Of Immigration Review in her individual ) | |
| And official capacity; MARYBETH ) | |
| KELLER, Assistant Chief Immigration ) | |
| Judge, Executive Office of Immigration ) | |
| Review, in her individual and official ) | |
| Capacity; GARY SMITH, Assistant ) | |
| Chief Immigration Judge, Executive ) | |
| Office of Immigration Review; ) | |
| WILLIAM ANTHONY CASSIDY, ) | |
| Immigration Judge, Executive Office ) | |
| of Immigration Review in his ) | |
| Individual and official capacity; ) | |
| CYNTHIA LONG, court Administrator, ) | |
| in her individual and official capacity; ) | |
| DARREN EUGENE SUMMERS, ) | |
| Regional District Supervisor, Federal ) | |
| Protective Services, in his individual ) | |
| and official capacity; INSPECTOR ) | |
| DOE, Federal Protective Services; ) | |
| PARAGON SYSTEMS, INC., and ) | |
| PARAGON SYSTEMS, INC.'S ) | |
| GUARD DOES 1-3; PARAGON ) | |

| | |
|---|---|
| SYSTEMS, INC. SUPERVISOR DOE, | ) |
| | ) |
| <u>    DEFENDANTS.    </u> | ) |

## STIPULATION TO EXTEND THE PERIOD TO FILE REPLY BRIEF FOR DEFENDANT PARAGON SYSTEMS, INC.'S MOTION TO DISMISS

Plaintiff Jacqueline Stevens and Defendant Paragon System, Inc. mutually agree to a Consent Order allowing an additional 30 days, ending on December 4, 2012, for Paragon to file a reply brief in support of its Motion to Dismiss.

This 26th day of October, 2012.

| | |
|---|---|
| FEDERAL & HASSON, LLPC | DREW, ECKL & FARNHAM, LLP |
| | |
| <u>/s/ Kelly B. Simoneaux*</u> | <u>/s/ Hall F. McKinley, III</u> |
| R. Keegan Federal, Jr. | Hall F. McKinley, III |
| Georgia Bar No. 257200 | Georgia Bar No. 495512 |
| Kelly B. Simoneaux | Adam M. Masarek |
| Georgia Bar No. 504602 | Georgia Bar No. 252466 |
| *Attorneys for Plaintiff* | *Attorneys for Paragon* |
| * *Signed with express permission* | |
| | |
| Two Ravinia Drive, Suite 1776 | 880 West Peachtree Street NW |
| Atlanta GA 30346 | PO Box 7600 |
| (678) 443-4044 | (404) 885-1400 |
| E-mail: keegan@federalhasson.com | E-mail: hmckinley@deflaw.com |

3448054/1
04821-082668


APPROVED:

DATE <u>October 30 2012</u>

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1.B

Counsel for **Defendant Paragon Systems, Inc.** certifies that this pleading was prepared in Times New Roman, 14 Point, in compliance with Local Rule 5.1.B.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served the foregoing **Stipulation to Extend the Period to File Reply Brief For Defendant Paragon Systems, Inc.'s Motion to Dismiss** on all parties by filing on CM/CMF website in accordance with Federal Rules of Civil Procedure, State of Georgia, Northern District, Atlanta Division and mailed a copy with proper postage prepaid and addressed as follows:

| | |
|---|---|
| Keegan Federal, Esq.<br>Two Ravinia Drive<br>Suite 1776<br>Atlanta, GA 30346 | Aileen Bell Hughes, Esq.<br>600 U.S. Courthouse<br>75 Spring Street, S.W.<br>Atlanta, GA 30335 |

This 26th day of October, 2012.

/s/ Hall F. McKinley, III
Hall F. McKinley, III
Georgia Bar No. 495512
Attorney for Paragon Systems, Inc.

**DREW, ECKL & FARNHAM, LLP**
P.O. Box 7600
Atlanta, Georgia 30357-0600
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: hmckinley@deflaw.com

3448054/1
04821-082668