# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIC HOLDER, Attorney General of | ) | CIVIL ACTION FILE |
| the United States; JUAN OSUNA, | ) | NO. 1:12-CV-1352-ODE |
| Director, Executive Office of | ) | |
| Immigration Review; FRAN MOONEY, | ) | |
| Assistant Director for the Office of | ) | |
| Management Programs, Executive Office | ) | |
| Of Immigration Review in her individual | ) | |
| And official capacity; MARYBETH | ) | |
| KELLER, Assistant Chief Immigration | ) | |
| Judge, Executive Office of Immigration | ) | |
| Review, in her individual and official | ) | |
| Capacity; GARY SMITH, Assistant | ) | |
| Chief Immigration Judge, Executive | ) | |
| Office of Immigration Review; | ) | |
| WILLIAM ANTHONY CASSIDY, | ) | |
| Immigration Judge, Executive Office | ) | |
| of Immigration Review in his | ) | |
| Individual and official capacity; | ) | |
| CYNTHIA LONG, Court Administrator, | ) | |
| in her individual and official capacity; | ) | |
| DARREN EUGENE SUMMERS, | ) | |
| Regional District Supervisor, Federal | ) | |
| Protective Services, in his individual | ) | |
| and official capacity; INSPECTOR | ) | |
| DOE, Federal Protective Services; | ) | |
| PARAGON SYSTEMS, INC., and | ) | |
| PARAGON SYSTEMS, INC.'S | ) | |
| GUARD DOES 1-3; PARAGON | ) | |

\* \* \* \*



## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above completed form, except as herein modified: _____

_____

_____

_____

IT IS SO ORDERED, this _20_ day of __November__, 2012.

_____
The Honorable Orinda Evans
Judge, United States District Court,
Northern District of Georgia, Atlanta
Division

11