# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 1:12-CV-1352-ODE |
| v. ) | |
| ) | |
| ERIC H. HOLDER, JR., Attorney ) | |
| General of the United States, *et al*., ) | |
| ) | |
| Defendants. ) | |

## FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Federal Defendants, by and through the undersigned counsel, and in response to Plaintiff's First Amended Complaint ("FAC") respectfully move this Court to grant summary judgment for Federal Defendants. Summary judgment for Federal Defendants pursuant to Federal Rule of Civil Procedure 56 is appropriate because the actions Plaintiff challenges were lawful given both applicable regulations and the record established through exhibits to the accompanying Federal Defendants' Memorandum of Law Supporting Their

//

//

Motion for Summary Judgment.[1]

| | |
|---|---|
| Dated:  January 25, 2014 | Respectfully submitted, |
| STUART F. DELERY<br>Assistant Attorney General<br>COLIN A. KISOR<br>Acting Director<br>Office of Immigration Litigation<br>District Court Section | SALLY QUILLIAN YATES<br>United States Attorney<br><br>AILEEN BELL HUGHES<br>Assistant U.S. Attorney<br>600 U.S. Courthouse<br>75 Spring Street, S.W. |
| By:    /s/ *Christopher W. Hollis*<br>CHRISTOPHER W. HOLLIS<br>Trial Attorney<br>Office of Immigration Litigation<br>District Court Section<br>U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 305-0899; 616-8962 (fax)<br>christopher.hollis@usdoj.gov | Atlanta, Georgia 30335<br>(404) 581-6133<br>Georgia Bar No. 375505<br>aileen.bell.hughes@usdoj.gov |

---

[1]  The accompanying Memorandum exceeds the twenty-five (25) page limit set out in LR 7.1 by five (5) pages.  Accordingly, Federal Defendants have filed concurrently with the instant motion a Motion for Extension of Page Limit under LR 7.1 in light of the multiple counts and nine Federal Defendants addressed in the summary judgment motion and in an effort to address all the issues in one single document.  If the Court deems it appropriate, Federal Defendants do not oppose allowing Plaintiff an additional five (5) pages in her response brief.

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1C for documents prepared by computer.

Dated: January 25, 2014        By:    /s/ *Christopher W. Hollis*
                                                          CHRISTOPHER W. HOLLIS
                                                          U.S. Department of Justice

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed electronically via the Court's CM/ECF system the attached Federal Defendants' Motion for Summary Judgment, including serving a copy upon the following counsel via the Court's CM/ECF system:

>Keith Hasson
>Email: keith@federalhasson.com
>
>Kelley Brooks Simoneaux
>Email: kelley@federalhasson.com
>
>Rene Octavio Lerer
>Email: ray@federalhasson.com
>
>Robert Keegan Federal, Jr.
>Email: keegan@federalhasson.com
>
>Federal & Hasson, LLP
>Suite 1776
>Two Ravinia Drive
>Atlanta, GA 30346
>(678) 443-4044

Dated: January 25, 2014   By:   /s/ *Christopher W. Hollis*
                                                       CHRISTOPHER W. HOLLIS
                                                       U.S. Department of Justice